

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Kenneth Clark* | *Suite 400* | *DIRECT: 410-209-4859* |
| *Assistant United States Attorney* | *36 S. Charles Street* | *MAIN: 410-209-4800* |
| *Keneth.Clark@usdoj.gov* | *Baltimore, MD 21201-3119* | *FAX: 410-962-0717* |

September 25, 2023

**VIA ECF**

The Honorable George L. Russell, III
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

> RE:   Status Report in <u>United States of America v. Sean Weston</u>
>            GLR-19-318

Dear Judge Russell:

    I write in response to the court's request for a status update in advance of the motions hearing in the above matter scheduled for Friday, September 29, 2023. We believe that the following substantive motions are still pending before the court:

- Several related to the Speedy Trial Act: ECF 324, 803, 810.  The Government has responded to these in ECF 826.
- Several other motions to dismiss: ECF 807, 808, 814, 815.  The Government has responded to these in ECF 825.
- Several motions related to the return of property: ECF 804, 811.  The Government has responded to these in ECF 821.
- A motion to suppress email evidence (ECF 806) which the Government has responded to in ECF 821.
- A motion for recusal (ECF 813) which the Government has responded to in ECF 824.

    In addition, the parties have discussed the court's inquiry about the parties' position on further argument on the pending motions. Mr. Fischer has indicated that he believes the court should rule on the motions without further argument.  The government concurs.

Of course, please let us know if you have any questions.

> Very truly yours,
>
> Erek L. Barron
> United States Attorney
>
> ___/s/_____
> Kenneth S. Clark
> Assistant United States Attorney

cc: David Fischer, Esq., via email